*#1013* *#128596*

FILED
2010 JUN 22 PM 12:15

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
| IN RE: | * CASE NO. 08-36571-S |
|  | * |
|  | * JUDGE RICHARD L. SPEER |
|  | * |
| DENNIS J. BROCK | * William L. Swope, Trustee |
| MARY L. BROCK | * 221 South Main Street |
|  | * Findlay, Ohio 45840 |
|  | * (419) 422-0288 |
|  | * Sup. Ct. #0029538 |

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| BUCKEYE ANESTH SERV. & CONS.<br>P.O. BOX 714813<br>Columbus, OH 43271 | $ 2.48 |
| ORTHOPAEDIC INSTITUTE OF OHIO<br>801 MEDICAL DR., STE. A<br>Lima, OH 45804-4099 | $ 2.66 |
|  | $5.14 |

A check for $5.14 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: June 16, 2010

William L. Swope
Trustee

08-36571-rls   Doc 37   FILED 06/22/10   ENTERED 06/22/10 12:32:46   Page 1 of 1